## Statement of the Case.

Prosecution by the City of Chicago against William Wright, defendant, in the Municipal Court of Chicago, charging defendant with committing "an indecent, lewd and filthy act," with uttering "lewd, indecent and filthy words" and with making "obscene gestures publicly" in violation of section 2026 of the Revised Municipal Code of Chicago. To reverse a judgment of conviction, defendant prosecutes this writ of error.

GENTZEL & CRANE and WILLIAM H. GRUVER, for plaintiff in error.

JOHN W. BECKWITH and ALBERT J. W. APPELL, for defendant in error.

JOHN F. POWER, of counsel.

MR. PRESIDING JUSTICE GRIDLEY delivered the opinion of the court.

## Abstract of the Decision.

LEWDNESS—*when admission of evidence error.* In a prosecution wherein defendant was charged with uttering indecent words and with making obscene gestures publicly, in violation of an ordinance, the admission of evidence that defendant had used indecent language *held* prejudicial, where it appeared that the indecent language testified to was not used in the presence of the complaining witness.

---

## Maria Peters, Defendant in Error, v. John A. Reddy and Fanny Reddy, Plaintiffs in Error.

## Gen. No. 21,044.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN R. NEWCOMER, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1915. Affirmed. Opinion filed December 21, 1915. Rehearing denied January 4, 1916.

### Statement of the Case.

Action by Maria Peters, plaintiff, against John A. Reddy and Fanny Reddy, defendants, in the Municipal Court of Chicago, to recover on a promissory note. To reverse a judgment for plaintiff, defendants prosecute this writ of error.

KING, BROWER & HURLBUT, for plaintiffs in error.

JOHN LACE, for defendant in error; RANKIN & DUNN and ODE L. RANKIN, of counsel.

MR. PRESIDING JUSTICE GRIDLEY delivered the opinion of the court.

### Abstract of the Decision.

BILLS AND NOTES, § 440*—*when evidence sufficient to sustain judgment.* In an action to recover on a promissory note, judgment for plaintiff *held* sustained by the evidence as against defendants' claim of want of consideration.

---

### Charles L. Wood, Plaintiff in Error, v. Minnie N. Foster, Defendant in Error.

### Gen. No. 21,071. (Not to be reported in full.,

Error to the Municipal Court of Chicago; the Hon. JACOB H. HOPKINS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1915. Affirmed. Opinion filed December 21, 1915.

### Statement of the Case.

Action by Charles L. Wood, plaintiff, against Minnie N. Foster, defendant, in the Municipal Court of

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.